IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RENEE IMEH OKON | * | |
| | * | |
| v. | * | Civil No. JFM-11-1824 |
| | * | |
| MONTGOMERY COUNTY COUNCIL | * | |
| ET AL. | * | |
| | ***** | |

MEMORANDUM

Plaintiff has instituted this *pro se* action against WMATA and various Montgomery County entities and officials. She alleges that defendants discriminated against her because of her race when Montgomery County declined to sublease certain space from her but instead leased the space from plaintiff's former landlords. Plaintiff asserts a claim under Title VI of the Civil Rights Act of 1964 and various state law claims. All of the defendants have filed motions to dismiss to which plaintiff has responded.

The motions to dismiss will be granted. Many of the defendants have meritorious defenses that are particular to them. However, the claims against all defendants are barred both by limitations and the doctrine of *res judicata*. Maryland's three year statute of limitations applies not only to plaintiff's state law claims but to her Title VI claim as well. *See Jersey Heights Neighborhood Ass'n v. Glendening*, 174 F.3d 180, 187 (4th Cir. 1999). Plaintiff knew or had reason to know of her claim in July 2007, and this suit was not filed until July 2011.

As to *res judicata*, plaintiff has filed numerous prior actions arising out of the same set of facts underlying her claims in this case. In two of those cases plaintiff specifically claimed race discrimination. Both of these cases (both of which were filed in the Circuit Court for Montgomery County, Maryland) were dismissed with prejudice.

A separate order granting defendants' motions to dismiss and dismissing this action is being entered herewith.

Date:   October 13, 2011            /s/
                                    J. Frederick Motz
                                    United States District Judge